IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:06Mj412

| | | |
|---|---|---|
| United States of America | ) | ORDER TO SEAL |
| | ) | |
| v. | ) | |
| | ) | |
| RAY ANTHONY BINGHAM WANCHOPE | ) | |
| a/k/a: RAY ANTHONY BINGHAM | ) | |
| Defendant, | ) | |
| | ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each this file until further order of the Court.

Signed this the 26th day of October, 2006.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE